UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PROVIDENT COMMERCIAL GROUP, INC.** | ) | Case No. C-1-02-124 |
| | ) | |
| | ) | **(Judge Herman J. Weber)** |
| **Plaintiff,** | ) | **(Magistrate Judge Timothy S. Hogan)** |
| | ) | |
| -v- | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| **WESTERN WAY HOLDINGS CO.** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to Federal Civil Rule 41(a)(2), and the Court being duly advised, Plaintiff Provident Commercial Group, Inc. ("Plaintiff") and Defendant Western Way Holdings Co. ("Defendant") stipulate and agree as follows:

(1) That the claims of Plaintiff against Defendant raised in this action are hereby dismissed, without prejudice; and

(2) That any counterclaims that Defendant raised or could have raised in this action against Plaintiff are hereby dismissed, with prejudice; and

(3) That each party shall bear their own costs and expenses.

IT IS SO ORDERED:

                                                                        s/Herman J. Weber
                                                     Herman J. Weber, Senior Judge
                                                     United States District Court

STIPULATED AND AGREED TO:


___/s/ Daniel E. Izenson_____
Daniel E. Izenson (0047086)
Dwight A. Packard, II (0067182)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 579-6480
Fax: (513) 579-6457
dizenson@kmklaw.com
dpackard@kmklaw.com

Attorneys for Plaintiff,
Provident Commercial Group, Inc.


/s/ Dirk W. de Roos, by Daniel E. Izenson, per email authorization 10/3/03
Dirk W. de Roos (admitted *pro hac vice*)
Faegre & Benson
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado  80203
DdeRoos@faegre.com
(303) 607-3500
(303) 607-3600 (facsimile)



/s/_Ann Lugbill, by Daniel E. Izenson,  per telephone authorization 10/8/03__
Ann Lugbill (0023632)
2406 Auburn Avenue
Cincinnati, Ohio  45219
(513) 784-1280
(513) 743-1449 (facsimile)
Alugbill@choice.net

Attorneys for Defendant
Western Way Holdings Co.


1154281.1